

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-13-00249-CV

**MILTON L GARDNER,**

                                                                                    **Appellant**

 **v.**

**KIMBERLY REINDOLLAR,**

                                                                                    **Appellee**

_____

### From the 77th District Court
### Limestone County, Texas
### Trial Court No. 30,200-A

---

## ORDER

---

Milton L. Gardner faxed[1] an "Emergency Motion for Stay of Proceedings"

requesting this Court to stay a different proceeding, his criminal trial, which he

contends is set for January 29, 2014.  His criminal trial relates to but is not the subject of

this appeal, a protective order issued against Gardner.

Assuming without deciding we have the authority in this appeal to stay

Gardner's criminal trial, Gardner's motion is denied.  This Court denied a similar

---

[1] Any future faxed documents from Gardner in this appeal which are received without prior approval of the Clerk of this Court will be stricken.  10TH TEX. APP. (WACO) LOC. R. 8(a).

request for a stay of the criminal trial in appellate case number 10-14-00009-CR on Friday, January 24, 2014. We note that an issue in that appeal is whether Gardner has been deprived of his right to a speedy trial.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed January 28, 2014